## Commonwealth *v.* Gaito, Appellant.

Submitted April 10, 1973. *Joseph Gaito,* in propria persona, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Glass, Appellant.

Argued September 11, 1973. *Leonard Sosnov,* with him *Barbara A. Brown* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Stephen Margolin,* with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.